## CIRCUIT COURT OF LOUDOUN COUNTY

Polcon Tile, Ltd.

v.

General Building Concepts, Inc.

December 17, 1999

Case No. (Chancery) 19077

BY JUDGE CARLETON PENN

This proceeding is a "Petition to Invalidate Mechanic's Lien," filed under Code § 43-17.1. That section of the Code of Virginia allows "[a]ny party, *having an interest in real property* against which a lien has been filed ... upon a showing of good cause, [to] petition the court of equity having jurisdiction ... to hold a hearing to determine the validity of any perfected lien on the property." (Emphasis supplied.)

Neither the "Petition to Invalidate Mechanic's Lien" nor the evidence heard *ore tenus* showed that Petitioner was a "party, having an interest in the real property against which the lien[s]" had been filed. It was a subcontractor only, without an interest in the real property. A later filing in the proceeding recites that the real property was "a portion of the property conveyed to Cyber Funding, Limited Partnership, a Delaware limited partnership." That limited partnership is not a party to this proceeding.

The court being without jurisdiction, the petition is dismissed. However, the matter may proceed as to the bond posted pursuant to Code § 43-71.